153 P.3d 374

Leanne SHORT et vir

v.

PETTY/BEESON.

No. CV–06–0297–PR.

Supreme Court of Arizona.
Division One.

March 13, 2007.

ORDERED: Plaintiffs–Appellees' Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.